## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **VANIA MURRAY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **CIVIL ACTION** |
| **v.** ) | |
| ) | **No. 05-2400-CM** |
| ) | |
| **JEEPERS!,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## MEMORANDUM AND ORDER

Plaintiff filed the Complaint in this case on September 16, 2005. On February 3, 2006, Magistrate Judge Rushfelt ordered plaintiff to show good cause why service of the summons and complaint was not made upon defendant within 120 days from the filing of the complaint. On March 3, 2006, plaintiff responded by stating that several circumstances, including settlement discussions, delayed service. Plaintiff requested an extension of time until March 17, 2006, for service to be made. Finding good cause shown, the court granted plaintiff's request for an extension.

Plaintiff has not, as of this date, effected proper service, and plaintiff's extension of time has long past. Accordingly, plaintiff is directed to show cause, in writing, on or before April 27, 2006, why service of the summons and complaint has not been made. If plaintiff fails to respond to this Order by April 27, 2006, the court will dismiss plaintiff's complaint without prejudice.

**IT IS SO ORDERED.**

Dated this 17th day of April 2006, at Kansas City, Kansas.

s/ Carlos Murguia

CARLOS MURGUIA
United States District Judge